AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PURCELL, GARY M. | WESTERN DISTRICT OF OKLAHOMA | 06/19/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE (FULL-TIME) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

U. S. COURTHOUSE
200 N. W. 4--SUITE 2006
OKLAHOMA CITY, OK 73102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PURCELL, GARY M. | 06/19/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Oklahoma Uniform Retirement System for Justices and Judges | $23,483.52 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | STATE OF OKLAHOMA--EARNED INCOME FOR SERVICES |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PURCELL, GARY M. | 06/19/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PURCELL, GARY M. | 06/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PARKE PROPERTIES PARTNERSHIP(SEE PART VIII) | A | Distribution | P1 | W | | | | | |
| 2. RETIREMENT ANNUITY TIAA-CREF NEW YORK CITY,NY | C | Int./Div. | M | T | | | | | |
| 3. FIDELITY OU RETIREMENT FUND-BOSTON,MA | G | Int./Div. | P1 | T | | | | | |
| 4. OKLAHOMA TEACHER RETIREMENT ACCOUNT-OKLA.CITY,OK | D | Interest | N | T | | | | | |
| 5. ACCOUNT-REPUBLIC NB NORMAN,OK | C | Interest | N | T | | | | | |
| 6. ACCOUNT-ALLEGIANCE CREDIT UNION-OKLA.CITY,OK | A | Interest | K | T | | | | | |
| 7. ACCOUNT-OU CREDIT UNION-NORMAN,OK | A | Interest | J | T | | | | | |
| 8. TIMBERDELL II INVESTMENT CLUB-NORMAN,OK | | | | | | | | | |
| 9. --CISCO-Common Stock | A | Dividend | | | Sold | 08/14/17 | J | B | |
| 10. --COCA-COLA-Common Stock | A | Dividend | J | T | | | | | |
| 11. --GENERAL ELECTRIC-Common Stock | A | Dividend | | | Sold | 08/14/17 | J | A | |
| 12. -- PROCTOR & GAMBLE--Common Stock | A | Dividend | J | T | | | | | |
| 13. --INTEL-Common Stock | A | Dividend | J | T | | | | | |
| 14. --McDONALD'S-Common Stock | A | Dividend | J | T | | | | | |
| 15. -- MERCK-Common Stock | A | Dividend | | | Sold | 08/14/17 | J | B | |
| 16. --MICROSOFT-Common Stock | A | Dividend | J | T | | | | | |
| 17. --WALT DISNEY-Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PURCELL, GARY M. | 06/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --WAL-MART STORES,INC-Common Stock | A | Dividend | J | T | | | | | |
| 19. --EXXON MOBIL CORP.-Common Stock | A | Dividend | | | Sold | 08/14/17 | J | A | |
| 20. --STARBUCKS CORP.-Common Stock | A | Dividend | J | T | | | | | |
| 21. --FASTENAL CO.-Common Stock | A | Dividend | | | Sold | 08/14/17 | J | A | |
| 22. --DOLLAR TREE STORES,INC.--Common Stock | A | Dividend | | | Sold | 08/14/17 | J | A | |
| 23. --ORACLE CORP.--Common Stock | | | | | Sold | 10/11/17 | J | A | |
| 24. --HELMERICH & PAYNE--Common Stock | A | Dividend | | | Sold | 08/14/17 | J | A | |
| 25. --APPLE INC.--Common Stock | A | Dividend | J | T | | | | | |
| 26. --LAS VEGAS SANDS--Common Stock | A | Dividend | | | Sold | 10/11/17 | J | A | |
| 27. --TIME WARNER CABLE,INC.--Common Stock | A | Dividend | J | T | | | | | |
| 28. --TIME WARNER,INC.--Common Stock | A | Dividend | J | T | | | | | |
| 29. --ALTRIA GROUP,INC--Common Stock | A | Dividend | J | T | | | | | |
| 30. --AMERICAN ELEC.POWER--Common Stock | A | Dividend | J | T | | | | | |
| 31. --AT&T--Common Stock | A | Dividend | | | Sold | 05/02/17 | J | A | |
| 32. --NIKE--Common Stock | A | Dividend | J | T | | | | | |
| 33. --TESLA MOTORS INC.--Common Stock | A | Dividend | J | T | | | | | |
| 34. --J C PENNEY CO.--Common Stock | A | Dividend | | | Sold | 05/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PURCELL, GARY M. | 06/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --TIME, INC.--Common Stock | A | Dividend | | | Sold | 08/14/17 | J | A | |
| 36. --NETFLIX.Com--Common Stock | A | Dividend | J | T | | | | | |
| 37. --Barclays PLC--Common Stock | A | Dividend | J | T | | | | | |
| 38. --CCH I LLC--Common Stock | A | Dividend | J | T | | | | | |
| 39. --Credit Suisse Group---Common Stock | A | Dividend | J | T | | | | | |
| 40. --Deutsche Bank AG--Common Stock | A | Dividend | J | T | | | | | |
| 41. ----Facebook--Common Stock | A | Dividend | J | T | | | | | |
| 42. --HSBC Holdings PLC--Common Stock | A | Dividend | J | T | | | | | |
| 43. --Royal Bank of Scotland--Common Stock | A | Dividend | J | T | | | | | |
| 44. --UBS Group AG--Common Stock | A | Dividend | J | T | | | | | |
| 45. --AMAZON.COM Inc--Common Stock | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 46. NVIDIA Corp.--Common Stock | A | Dividend | J | T | Buy | 10/11/17 | J | | |
| 47. PERSONAL STOCK ACCOUNT-- SCOTTSDALE SEC.-OKC,OK (Y) | | | | | | | | | |
| 48. CASH EQUIVALENT ACCOUNT (Y) | | | | | | | | | |
| 49. INDIVIDUAL RETIREMENT ACCOUNT--SCOTTSDALE SEC.-- OKC,OK (Y) | | | | | | | | | |
| 50. --CASH EQUIVALENT ACCOUNT (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PURCELL, GARY M. | 06/19/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. INDIVIDUAL RETIREMENT ACCOUNT--SCOTTSDALE SEC.-OKC,OK (Y) | | | | | | | | | |
| 52. --CASH EQUIVALENT ACCOUNT (Y) | | | | | | | | | |
| 53. INDIVIDUAL RETIREMENT ACCOUNTFIDELITY INV.-CINCINNATI,OH (Y) | | | | | | | | | |
| 54. --FIDELITY PACIFIC BASIN FUND (Y) | | | | | | | | | |
| 55. --FIDELITY OVER THE COUNTER PORTFOLIO FUND (Y) | | | | | | | | | |
| 56. --FIDELITY AGGRESSIVE GOWTH FUND (Y) | | | | | | | | | |
| 57. COCA-COLA-Common Stock | A | Dividend | J | T | | | | | |
| 58. INVESTRUST RETIREMENT ACCOUNT--Am. Funds 2025 | A | Dividend | K | T | Buy | 09/01/17 | K | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PURCELL, GARY M.** | 06/19/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

RE: PART VII(1): PARKE PROPERTIES PARTNERSHIP IS A LIMITED PARTNERSHIP WITH ASSETS CONSISTING OF LAND IN AUSTIN, TEXAS. I HAVE NEVER BEEN GENERAL PARTNER OR MANAGING PARTNER AND I HAVE NO MANAGERIAL RESPONSIBILITIES IN THIS LIMITED PARTNERSHIP.

| Name of Person Reporting | Date of Report |
|---|---|
| PURCELL, GARY M. | 06/19/2018 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GARY M. PURCELL**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544